IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LISA CLEMENTE                                                                                          PLAINTIFF

v.                          Civil Case No. 4:09CV0009 SWW-HLJ

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                              DEFENDANT

### ORDER

Now pending before the court is Plaintiff's Motion to Dismiss. (Doc. # 10) Defendant has filed a response to the motion and expresses no objection to Plaintiff's request. (Doc. #11) In her motion, Plaintiff states that, during the pendency of this action, she filed a new application, which resulted in a finding that she has been disabled since July 1, 2008. Considering the circumstances, Plaintiff is satisfied with the recent decision of Defendant and requests voluntary dismissal of her civil action. Therefore, the court hereby grants Plaintiff's motion, and the case is dismissed.

SO ORDERED this 7th day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE